IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER BAY EQUIPMENT FINANCE,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLIED FINANCIAL, L.L.C., and<br>APPLIED FINANCIAL OF MICHIGAN, L.P.,<br><br>  Defendants.<br>  _____/ | No. C 05-02490 WHA<br><br>**COURT NOTICE RE<br>ADVANCING TRIAL DATE** |

Your case is set for trial in September 2006. The Court would like to consider advancing the trial to April or May 2006. Please file a joint statement by **MARCH 1, 2006**, as to this prospect.

**IT IS SO ORDERED.**

Dated: February 23, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE