IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAE ASSET FUNDING, L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLIED FINANCIAL, LLC and APPLIED FINANCIAL OF MICHIGAN, L.P.,<br><br>    Defendants.<br>                                                                    / | No. C 05-02490 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE** |

The Court has continued the July 27, 2006, hearing on the motions for summary judgment. The request by defendants and counterclaimants Applied Financial, LLC and Applied Financial of Michigan, L.P., for "a continuance of the Motions for Summary [sic] in order to complete discovery," which came without a proposed new hearing date, is therefore **MOOT**.

**IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE