**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAE ASSET FUND, L.P.,

    Plaintiff,

  v.

APPLIED FINANCIAL, LLC, AND
APPLIED FINANCIAL OF MICHIGAN, L.P.,

    Defendants.
                                 /

No. C 05-02490 WHA

**ORDER RE PENDING MOTION AND APPLICATION**

      The Court granted partial summary judgment but did not decide all claims in the complaint. Therefore, a trial on the remaining issues is scheduled to begin September 18, 2006. Plaintiff Brae Asset Fund, L.P., seeks to wind up the trial-level litigation by amending the complaint to delete those claims not yet decided and by requesting that the Court enter judgment in Brae Asset Fund's favor in the amount of $258,022.25, not including interest, attorney's fees and costs. The problem with this proposal is that there has been no trial on the amount of damages, nor any stipulation as to what they were. Even if the remaining claims were removed from consideration, the amount of damages still would need to be adjudicated. Plaintiff has applied for a shortening of time for the hearing on its motion to amend the

1 complaint. Defendants Applied Financial, LLC, and Applied Financial of Michigan, L.P., must
2 file a response to that request by **NOON, TUESDAY, SEPTEMBER 6, 2006**.

**IT IS SO ORDERED.**

Dated: August 31, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE