JAMES A. TIEMSTRA (Bar No. 96203)
LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612
Telephone No. (510) 987-8000
Facsimile: (510) 987-8001
E-mail: jat@tiemlaw.com

Attorneys for Plaintiff, BRAE ASSET FUND, L.P.,
and GREATER BAY EQUIPMENT FINANCE,
Counterclaim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAE ASSET FUND, L.P., as successor in interest to GREATER BAY EQUIPMENT FINANCE,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED FINANCIAL, LLC, aka APPLIED FINANCIAL INVESTMENTS, LLC, and APPLIED FINANCIAL OF MICHIGAN, L.P.,<br><br>Defendants. | No. C05-02490 WHA<br><br>STIPULATION TO ENTER JUDGMENT AND ORDER THEREON |
| APPLIED FINANCIAL, LLC and APPLIED FINANCIAL OF MICHIGAN, L.P.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BRAE ASSET FUND, L.P. and GREATER BAY EQUIPMENT FINANCE, a Division of GREATER BAY BANK, N.A. fdba CUPERTINO NATIONAL BANK,<br><br>Counterclaim Defendants. | |

WHEREAS, on August 14, 2006, this Court made and entered its Order (1) Granting Plaintiff's and Counterclaim Defendants' Motion for Summary Judgment and (2) Denying Defendants' Motion for Summary Judgment (the "Order");

WHEREAS, on or about August 24, 2006, the Defendants filed a Notice of Appeal from the aforesaid Order which has been docketed by the Ninth Circuit Court of Appeals as No. 06-16577;

WHEREAS, on September 6, 2006, a final Pre-Trial Conference was held in the above-captioned matter; and

WHEREAS, the parties stipulated to amendment of the Complaint at the aforesaid Pre-Trial Conference and desire to conclude any trial of this matter:

IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their respective counsel of record, as follows:

1. This Court has jurisdiction to enter judgment in this matter and determine all claims for an award of attorneys' fees and costs; Any motion for attorneys' fees must be filed by October 19, 2006;

2. Judgment shall be entered in favor of Plaintiff, Brae Asset Fund, L.P. ("Brae") and against the Defendants Applied Financial of Michigan, L.P. and Applied Financial, L.L.C., aka Applied Financial Investments, L.L.C., for general damages in the total sum of $282,685.92, in the form and manner attached hereto as an Exhibit, and made a part hereof;

3. Trial in this matter, currently scheduled for September 18, 2006, shall be vacated; and

4. This Stipulation is with full reservation of the parties' respective rights and remedies in connection with any claim for attorneys' fees and costs, and any appeal of the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

substantive basis for the Judgment as set forth in the Order.

The Court shall not retain jurisdiction to enforce any settlement related to this judgment.

Dated: September 14, 2006

LAW OFFICES OF JAMES A TIEMSTRA

s/James A. Tiemstra
JAMES A. TIEMSTRA
Attorneys for Plaintiff, BRAE ASSET FUND, L.P., and GREATER BAY EQUIPMENT FINANCE

Dated: September 13, 2006

FERNS, ADAMS & ASSOCIATES

s/Laurel Adams
LAUREL ADAMS
Attorneys for Defendants, APPLIED FINANCIAL, L.L.C., aka APPLIED FINANCIAL INVESTMENTS, L.L.C., and APPLIED FINANCIAL OF MICHIGAN

ORDER

Pursuant to Stipulation and good cause appearing therefor, IT IS SO ORDERED.

Dated: September 15, 2006

_____
WILLIAM A. ALSUP
UNITED STATES DISTRICT JUDGE

BEAF\000\004

STIPULATION TO ENTER JUDGMENT
(C05-02490 WHA)

-3-

substantive basis for the Judgment as set forth in the Order.

Dated: September 14, 2006

LAW OFFICES OF JAMES A TIEMSTRA

_____
JAMES A. TIEMSTRA
Attorneys for Plaintiff, BRAE ASSET
FUND, L.P., and GREATER BAY
EQUIPMENT FINANCE

Dated: September 13, 2006

FERNS, ADAMS & ASSOCIATES

_____
LAUREL ADAMS
Attorneys for Defendants, APPLIED
FINANCIAL, L.L.C., aka APPLIED
FINANCIAL INVESTMENTS, L.L.C.,
and APPLIED FINANCIAL OF
MICHIGAN

ORDER

Pursuant to Stipulation and good cause appearing therefor, IT IS SO ORDERED.

Dated: September ___, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1  JAMES A. TIEMSTRA (Bar No. 96203)
   LAW OFFICES OF JAMES A. TIEMSTRA
2  Tribune Tower
   409 Thirteenth Street, 15th Floor
3  Oakland, CA 94612
   Telephone No. (510) 987-8000
4  Facsimile: (510) 987-8001
   E-mail: jat@tiemlaw.com
5
   Attorneys for Plaintiff, BRAE ASSET FUND, L.P.,
6  and GREATER BAY EQUIPMENT FINANCE,
   Counterclaim Defendants
7

8                     UNITED STATES DISTRICT COURT

9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  BRAE ASSET FUND, L.P., as successor in interest to GREATER BAY <br> 13  EQUIPMENT FINANCE, <br> 14            Plaintiff, <br> 15  v. <br> 16  APPLIED FINANCIAL, LLC, aka APPLIED FINANCIAL <br> 17  INVESTMENTS, LLC, and APPLIED FINANCIAL OF MICHIGAN, L.P., <br> 18            Defendants. <br> 19 | No. C05-02490 WHA <br><br> JUDGMENT |
| 20  APPLIED FINANCIAL, LLC and APPLIED FINANCIAL OF MICHIGAN, <br> 21  L.P., <br> 22            Counterclaim Plaintiffs, <br> 23  v. <br> 24  BRAE ASSET FUND, L.P. and GREATER BAY EQUIPMENT <br> 25  FINANCE, a Division of GREATER BAY BANK, N.A. fdba CUPERTINO <br> 26  NATIONAL BANK, <br> 27            Counterclaim Defendants. <br> 28 | |

BEAF\000\004

-1-

JUDGMENT
(C05-02490 WHA)

EXHIBIT

1         Upon this Court's Order (1), Granting Plaintiff's and Counterclaim Defendants'
2 Motion for Summary Judgment and (2) Denying Defendants' Motion for Summary Judgment,
3 Plaintiff and Counterclaim Defendants' Motion to Amend Complaint and for Entry of Judgment,
4 and the Stipulation to Enter Judgment and Order Thereon; the Court having considered the
5 matters set forth therein, being fully advised thereby and good cause appearing therefor,

6         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, Brae
7 Asset Fund, L.P., recover from the Defendants, Applied Financial, LLC, aka Applied Financial
8 Investments, LLC, and Applied Financial of Michigan, L.P., general damages in the sum of
9 $282,685.92; and

10         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
11 Counterclaimants, Applied Financial, LLC, and Applied Financial of Michigan, L.P., take
12 nothing and that the counterclaim be, and the same is hereby, dismissed on the merits.

13 Dated:   September 15, 2006

15                                     _____
16                                  WILLIAM A. ALSUP
                                 UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

BEAF\000\004

-2-

**EXHIBIT**

JUDGMENT
(C05-02490 WHA)