**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   BRAE ASSET FUNDING, L.P.,                          No. C 05-02490 WHA

11              Plaintiff,

12       v.                                             **REQUEST FOR RESPONSE**

13   APPLIED FINANCIAL, LLC and APPLIED
     FINANCIAL OF MICHIGAN, L.P.,
14
                Defendants &
15   Counterclaimants,

16       v.

17   BRAE ASSET FUNDING, L.P. and
     GREATER BAY EQUIPMENT FINANCE,
18
                Counterclaim Defendants.
19                                                  /

20

21       By **9:00 A.M.** on **JANUARY 25, 2007**, plaintiff's counsel must file a declaration in

22   response to the allegations in defendants' *ex parte* application and accompanying documents.

23

24       **IT IS SO ORDERED.**

25

26   Dated:  January 24, 2007.

27                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
28