IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAE ASSET FUNDING, L.P., | No. C 05-02490 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE** |
| APPLIED FINANCIAL, LLC and APPLIED FINANCIAL OF MICHIGAN, L.P., | |
| Defendants & Counterclaimants, | |
| v. | |
| BRAE ASSET FUNDING, L.P. and GREATER BAY EQUIPMENT FINANCE, | |
| Counterclaim Defendants. | |

By **MONDAY, FEBRUARY 12, 2007**, plaintiff's counsel must file a statement indicating whether he has vetted the bond and to what extent plaintiff opposes defendant's emergency application.

**IT IS SO ORDERED.**

Dated: February 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE