IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAE ASSET FUNDING, L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLIED FINANCIAL, LLC and APPLIED FINANCIAL OF MICHIGAN, L.P.,<br><br>    Defendants & Counterclaimants,<br><br>  v.<br><br>BRAE ASSET FUNDING, L.P. and GREATER BAY EQUIPMENT FINANCE,<br><br>    Counterclaim Defendants.<br>                                       / | No. C 05-02490 WHA<br><br>**REQUEST FOR FURTHER RESPONSE** |

By **9:00 A.M.** on **WEDNESDAY, FEBRUARY 14**, plaintiff's counsel will please file a statement indicating whether, in his view, the copy of the bond submitted by defendants on February 12, 2007, satisfies the relevant statutory provisions, including Federal Rule of Civil Procedure 62 and California Code of Civil Procedure 917.1(b).

**IT IS SO ORDERED.**

Dated: February 13, 2007.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE