United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAE ASSET FUNDING, L.P., | No. C 05-02490 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING APPLICATION TO APPROVE SUPERSEDEAS BOND, STAY EXECUTION, AND ISSUE ORDER RELEASING FUNDS** |
| APPLIED FINANCIAL, LLC and APPLIED FINANCIAL OF MICHIGAN, L.P., | |
| Defendants & Counterclaimants, | |
| v. | |
| BRAE ASSET FUNDING, L.P. and GREATER BAY EQUIPMENT FINANCE, | |
| Counterclaim Defendants. | |

Defendants have again failed to provide any justification that would warrant a stay of execution pending appeal. *See Lopez v. Heckler*, 713 F.2d 1432, 1435 (9th Cir. 1983). Nor have defendants articulated a reason for their request to order the Marshals to terminate the levy and release funds to defendants. The original judgment was entered in this case on September 15, 2006. Defendants filed a notice of appeal on October 13. The amended judgment was filed on January 25 — not January 26, as defendants contend several times in their reply (Docket No. 105). Defendants did not move for a stay of execution until February 8, *after* plaintiffs had already moved for a writ of execution on defendants' assets. Plaintiff did not execute until

February 9 (Feb. 20 Tiemstra Decl. ¶¶ 8–9). "Once the automatic stay provisions of FRCP 62(a) have expired, the enforcement of a judgment becomes a race between Plaintiffs (seeking to seize assets to secure a judgment) and Defendant (posting an approved supersedeas bond to avoid the embarrassment of public seizure). In essence, in this case Plaintiff won at least part of the race." *Moses v. K-Mart Corp.*, 922 F. Supp. 600 (S.D. Fla. 1996); *see also Ribbens Intern., S.A. de C.V. v. Transport Intern. Pool, Inc.*, 40 F. Supp. 2d 1141, 1144–45 (C.D. Cal. 1999). Defendants have waived the protection against the levy that a timely procured supersedeas bond would have afforded. All of defendants' requests are **DENIED**. Any further requests for a stay of execution or regarding the levy will not be considered.

**IT IS SO ORDERED.**

Dated: February 20, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE